THOMAS P. DWYER, Respondent, *v.* ORRIN C. HOFFMAN, Appellant.

(Submitted June 1, 1886 ; decided June 8, 1886.)

*Samuel H. Randall* for appellant.

*Montague L. Marks* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

LOUISA BELTER, as Executrix, etc., Respondent, *v.* HANNAH LYON et al., Appellants.

(Argued June 1, 1886 ; decided June 8, 1886.)

DECIDED on the facts.

*William J. Marrin* for appellants.

*William B. Hornblower* for respondent.

*Per Curiam mem.* for affirmance.
All concur.
Judgment affirmed.